**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00002-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DEREK KOPUNEC,

    Defendant.

**ORDER MAKING ORDER TO SHOW CAUSE ABSOLUTE
AND DISMISSING APPEAL**

**Blackburn, J.**

    The matter is before me *sua sponte* for further consideration of the **Order To Show Cause** [#10][1] entered August 9, 2013. I make the order to show cause absolute.

    The chronology of relevant events is as follows. On January 3, 2013, the defendant filed a **Notice of Appeal**,[2] *see* [#2], and a **Motion and Affidavit For Leave To Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Criminal Case**, *see* [#9]. On April 15, 2013, I entered an **Order Denying Motion To Proceed *In Forma Pauperis***. *See* [#9]. On August 9, 2013, I entered an **Order To Show Cause** [#10] requiring the defendant to show cause by August 23, 2013, why this appeal should not be dismissed for failure to prosecute. No response has been filed.

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] On February 27, 2013, defendant filed what is tantamount to an amended notice of appeal. *See* [#5-1].

On this record I find and conclude that the defendant has failed to pay the filing fee required by law, has failed to respond to the **Order To Show Cause**, and has failed to prosecute this appeal. The failure to prosecute is entirely the fault of the defendant and is without excuse or justification. The court can not and should not prodigally devote scare judicial resources in a vain attempt to prompt action by the defendant. The defendant has been warned that a failure to prosecute may result in a dismissal of the appeal. Nothing short of dismissal will suffice as an efficacious sanction for the intransigence of the defendant.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#10] entered August 9, 2013, is **MADE ABSOLUTE**; and

2. That this appeal is **DISMISSED**.

Dated September 11, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge