# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

DEREK KOPUNEC

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER: 12-po-7008-BNB

PRO SE
(Defendant's Attorney)

**THE DEFENDANT:** Found GUILTY at Court Trial to Count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 551 | CONDUCTING WORK OR COMMERCIAL ACTIVITY WITHOUT SPECIAL USE AUTHORIZATION FOR THE AREA | 05/27/2012 | 1 |

Defendant sentenced to a fine of $2,500 with $2,000 suspended upon the condition that the defendant comply with the regulations for the operation of the defendant's business on federal property for a period of two years. The $500 fine shall be paid within 30 days of today's date (01/13/2013).

### MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $0.00 | $500.00 | $0.00 |

12/14/2012
Date of Imposition of Judgment

Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge Name & Title of Judicial Officer

12/17/2012
Date